UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61290-CIV-SINGHAL/VALLE

HOWARD COHAN,

    Plaintiff,

v.

BOCA GAS COMPANY HOLDINGS 2 LLC
d/b/a 50th Street Shell,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (DE [17]). The Court having reviewed the Stipulation and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this action stands **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs, except as otherwise provided in the parties' settlement agreement. The Court retains jurisdiction to enforce the parties' settlement agreement. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of April 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF